UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:05-CV-309-R

DANIEL SCOTT LACEY                                                                                      PETITIONER

v.

GLENN HAEBERLIN, WARDEN                                                                  RESPONDENT

## MEMORANDUM OPINION AND ORDER

Petitioner, Daniel Scott Lacey, *pro se*, seeks a writ of habeas corpus under 28 U.S.C. § 2241.  This matter is before the Court for preliminary review, pursuant to Rule 4 of the Rules Governing [Habeas Corpus] Cases in the United States District Courts.  28 U.S.C.A. following § 2254.

The Court construes the petition as seeking relief under 28 U.S.C. § 2254 because Petitioner challenges a state conviction on grounds he received ineffective assistance of counsel. *See Felker v. Turpin,* 518 U.S. 651, 662 (1996) ("Our authority to grant federal habeas relief to state prisoners is limited by § 2254"); *Heck v. Humphrey*, 512 U.S. 477 (1994); *Preiser v. Rodriguez*, 411 U.S. 475 (1973).

Furthermore, Petitioner has previously sought habeas review in this Court under § 2254, in *Lacey v. O'Dea*, civil action no. 3:92-CV-546-J, dismissed by Order entered March 12, 1993. This Court has limited jurisdiction to review second or successive petitions for habeas corpus relief.  The habeas statute provides, "Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

Because Petitioner seeks review here without having first obtained certification, the Court will transfer this action, pursuant to the holding of *Sims v. Terbush*, 111 F.3d 45, 47 (6th Cir. 1997). *See also Castro v. United States*, 540 U.S. 375, 383 (2003) (prohibiting unwarned recharacterization of first petitions rather than second or successive petitions).

**IT IS HEREBY ORDERED** that this action is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631.

Dated:

cc:   Petitioner, *pro se*

4413.007